■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE C. WRIGHT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY W. KISTNER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Oneida County Court, Murad, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BROWN, Appellant.—Judgment unanimously affirmed. Memorandum: The trial court properly declined to suppress the heroin seized from defendant after a police officer experienced in narcotics investigations observed defendant pass a glassine envelope in an automobile parked in an area notorious for drug trafficking (see, People v McRay, 51 NY2d 594, 604). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HODGE, Appellant.—Judgment unanimously affirmed. Memorandum: From our review of the record, we conclude that there was sufficient evidence to support a finding that the value of the fruits of the offense exceeded $30,000 and therefore the court's order of restitution in that amount was proper (see, Penal Law § 60.27; see, e.g., People v Reiter, 133 AD2d 901, 902-903, lv denied 71 NY2d 901). Further, we find no merit to defendant's pro se contention that his sentence was harsh and excessive. (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.